# United States District Court
## Western District of North Carolina
### Statesville Division

| | | |
|---|---|---|
| **Physique Dalton,** | ) | JUDGMENT IN CASE |
| | ) | |
| Petitioner(s), | ) | 5:22-cv-00018-KDB |
| | ) | 5:18-cr-00062-KDB-DSC |
| vs. | ) | |
| | ) | |
| **USA,** | ) | |
| Respondent(s). | ) | |

 DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's August 18, 2022 Order.

August 18, 2022

Frank G. Johns, Clerk
United States District Court